# In the United States Court of Federal Claims

No. 17-653C

(E-Filed: July 2, 2020)

|  |  |
|---|---|
| HEALTH ALLIANCE MEDICAL PLANS, INC., | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| THE UNITED STATES, | ) ) |
| Defendant. | ) ) |

## ORDER

On June 30, 2020, plaintiff filed, on behalf of the parties, a joint stipulation for the entry of judgment and dismissal of this matter.  See ECF No. 22.  Plaintiff's two count complaint seeks damages "for benefit years 2014 and 2015" of the risk corridors program arising under "Section 1342 (42 U.S.C. § 18062) of the Patient Protection and Affordable Care Act, Pub. L. No. 111-148 (2010), 124 Stat. 119 et seq. (the "ACA")." Id. at 1.  The parties' joint stipulation states that they agree that plaintiff is entitled "to payment under section 1342 for benefit years 2014 and 2015 in the total amount of $11,107,194.90 (the "Stipulated Amount"), on behalf of itself and its subsidiaries, and that this payment resolves entirely the Complaint for all counts seeking damages arising under section 1342 of the ACA." Id. at 2.  Therefore, the parties "jointly request that the Court enter judgment in favor of Health Alliance in the amount of $11,107,194.90 on Count I" and "dismiss Count II of the Complaint with prejudice." Id.

Accordingly, pursuant to the parties' joint stipulation, ECF No. 22, the clerk's office is directed to **ENTER** final judgment on plaintiff's complaint, as follows:

(1)  Count I in favor of plaintiff's claims for benefit years 2014 and 2015 of the risk corridors program in the amount of **$11,107,194.90**; and

(2)     Count II is **DISMISSED, with prejudice**.

IT IS SO ORDERED.

                                              s/Patricia E. Campbell-Smith
                                              PATRICIA E. CAMPBELL-SMITH
                                              Judge